LF–97A (rev. 09/23/20)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov
### Division: West Palm Beach

Case Number: 18-21003-MAM
Chapter: 13

In re:

**Name of Debtor(s):** Gabriel Grossman

_____/

### DEBTOR'S CERTIFICATE OF COMPLIANCE, MOTION FOR ISSUANCE OF DISCHARGE AND NOTICE OF DEADLINE TO OBJECT

### NOTICE OF TIME TO OBJECT

**Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service of this motion shall, pursuant to Local Rules 4004–3(A)(3) and 9013–1(D), be deemed to have consented to the entry of an order of discharge.**

The debtor(s)*, __Gabriel Grossman_____, in the above captioned matter certifies as follows:

1. The chapter 13 trustee has issued a Notice of Completion of Plan Payments on __October 6, 2020__. The debtor is requesting the court issue a discharge in this case.

2. The debtor has completed an instructional course concerning personal financial management described in 11 U.S.C. §111 and proof of completion of the course was filed with the court on __October 10, 2018__.

3. Compliance with 11 U.S.C. §101(14A):

    __X__ A. The debtor has not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) either before this bankruptcy was filed or at any time after the filing of this bankruptcy,

**OR**

\* All further references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals, unless any information is noted as specifically applying to only one debtor.

LF–97A (rev. 09/23/20)

  _____ B. The debtor certifies that as of the date of this certification, the debtor has paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. §101(14A), required by a judicial or administrative order or by statute, including amounts due before, during and after this case was filed. The name and address of each holder of a domestic support obligation is as follows:

    n/a

4. The debtor's mailing address for receipt of court notices is as follows:  [Note: Providing an updated debtor address here constitutes a change of address pursuant to Local Rule 2002–1(G). No separate Notice of Change of Address is required to be filed.]

    5521 N. Military Trail #1107
    Boca Raton, FL 33496

5. The name and address of the debtor's most recent employer is as follows:

    Unemployed

6. The following creditors hold a claim that is not discharged under 11 U.S.C. §523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524(c):

    n/a

7. Compliance with 11 U.S.C. §1328(h):

  _X_ A. The debtor has **not** claimed an exemption under §522(b)(3) in an amount in excess of $170,350* in property of the kind described in §522(q)(1) [generally the debtor's homestead];

        **OR**

  _____ B. The debtor **has** claimed an exemption under §522(b)(3) in an amount in excess of $170,350* in property of the kind described in §522(q)(1) but there is no pending proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

* Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

LF–97A (rev. 09/23/20)

8. The debtor has not received a discharge in a case filed under chapter 7, 11, or 12 during the 4 year period preceding the filing of the instant case or in a case filed under chapter 13 during the 2 year period preceding the filing of the instant case.

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

_____
Debtor, Gabriel Grossman

## CERTIFICATE OF SERVICE

Attach or file separately a Local Rule 2002–1(F) certificate of service reflecting manner and date of service on parties in interest.

If the Debtor is appearing pro–se, the clerk's office will serve this Certificate and Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on   November 4, 2020  , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case and manual mailing was provided to all parties pursuant to the clerks mailing matrix attached.

>FURR COHEN
>*Attorney for Debtor*
>2255 Glades Road, Suite301E
>Boca Raton, FL 33431
>Telephone: (561) 395-0500
>
>BY:    /s/ Alan R. Crane
>         Alan R. Crane, Esq.
>         Florida Bar No.: 0963836
>         E-mail: acrane@furrcohen.com

```
Label Matrix for local noticing          Regency Centers, as successor by merger with    20/Twenty
113C-9                                    c/o Ryan E. Davis, Esq.                         Alan Lipman
Case 18-21003-MAM                         Winderweedle, Haines, Ward & Woodman PA         7629 N.W. 117th Lane
Southern District of Florida              329 Park Avenue North, Second Floor             Pompano Beach, FL 33076-4264
West Palm Beach                           Winter Park, FL 32789-7421
Wed Nov  4 10:36:29 EST 2020

20/Twenty   Digital Media Advertising     Altis Management                                American Express
Andy Lipman                               5500 N. Military Trail                          Attn : Customer Care
7629 N.W. 117th Lane                      Boca Raton, FL 33496-3406                       POB 981535
Pompano Beach, FL 33076-4264                                                              El Paso, TX 79998-1535


American Express National Bank           (p)BANK OF AMERICA                               Best Version Media
c/o Becket and Lee LLP                    PO BOX 982238                                   POB 505
PO Box 3001                               EL PASO TX 79998-2238                           Brookfield, WI 53008-0505
Malvern  PA 19355-0701


Brody & Brody P.A.                        CardConnect LLC                                 (p)JPMORGAN CHASE BANK  N A
2850 North Andrews Ave                    1000 Continental Drive                          BANKRUPTCY MAIL INTAKE TEAM
Fort Lauderdale, FL 33311-2514            Ste 600                                         700 KANSAS LANE FLOOR 01
                                          King of Prussia, PA 19406-0076                  MONROE LA 71203-4774


Chase Bank USA, N.A.                      Comcast Business                                Compass Health Systems PA
c/o Robertson, Anschutz & Schneid, P.L.   141 NW 16th St                                  1065 NE 125
6409 Congress Avenue, Suite 100           Pompano Beach, FL 33060-5291                    Ste 409
Boca Raton, FL 33487-2853                                                                 Miami FL 33161-5834


Convergent Outsourcing Inc                DataSphere Inc.                                 Delray Medical Center
800 SW 39th St                            3350 161st Ave  SE                              PB 532990
POB 9004                                  Bellevue, WA 98008-5063                         Atlanta, GA 30353
Renton, WA 98057-9004


Delray Medical Center                     Dept. of Revenue                                EPPG
POB 660873                                Bankruptcy Section                              EBSCO Professional Partnership Group
Dallas, TX 75266-0873                     P.O. Box 6668                                   POB 830705
                                          Tallahassee, FL 32314-6668                      Birmingham, AL 35283-0705


Elizabeth A. Dunn CPA                     Elizabeth A. Dunn CPA, P.A.                     Frank Weinberg & Black
1001 Yamato Road                          1001 Yamato Road, Suite 100                     c/o Robert Slatoff
Ste 100                                   Boca Raton, FL 33431-4403                       1875 Corporate Blvd NW
Boca Raton, FL 33431-4403                                                                 Boca Raton, FL 33431-8550


Grossman Training and Consulting Company  Guidant Financial                               Huntington Learning Centers, Inc.
c/o Frank, Weinberg & Black P.L           1100 112th Ave.  NE                             496 Kinderkamack Road
1875 NW Corporate Blvd Ste 100            Suite 100                                       Oradell, NJ 07649-1589
Boca Raton, FL 33431-8550                 Bellevue, WA 98004-8577


Huntington Learning Centers, Inc.         INPHYNET CONTRACTING SRV,LLC                    (p)INTERNAL REVENUE SERVICE
C/O Registered Agent                      PO Box 1123                                     CENTRALIZED INSOLVENCY OPERATIONS
C T Corporation System                    Minneapolis, MN 55440-1123                      PO BOX 7346
1200 South Pine Island Road                                                               PHILADELPHIA PA 19101-7346
Fort Lauderdale, FL 33324-4459
```

| | | |
|---|---|---|
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Learn and Command LLC<br>C/O Frank Weinberg & Black P.L.<br>1875 NW Corporate BLVD Ste 100<br>Boca Raton, FL 33431-8550 | Liquidus Marketing - Google Adwords<br>200 W Jackson Blvd<br>Chicago, IL 60606-6910 |
| Liquidus Marketing - Google Adwords<br>Attn: Bankruptcy/Customer Services<br>200 W Jackson Blvd<br>Chicago, IL 60606-6910 | Mathison Whittless LLP<br>5606 PGA Boulevard<br>Suite 211<br>Palm Beach Gardens FL 33418-4122 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Omega Consulting and Training Corporatio<br>c/o Gabriel Grossman<br>5500 N. Military Trail #148<br>Boca Raton, FL 33496-3411 | Paycor<br>4811 Montgomery Rd<br>Cincinnati, OH 45212-2163 | Quarles & Brady LLP<br>C/O Scott McIntosh<br>1701 Pennsylvania Ave NW<br>Suite 700<br>Washington, DC 20006-5820 |
| Regency Center<br>3700 N. Military Trail Ste 380<br>Boca Raton, FL 33431 | Regency Centers<br>Attn: Jill Lachaise<br>2700 N Military Trail<br>Ste 380<br>Boca Raton, FL 33431-6394 | (c)REGENCY CENTERS, L.P.<br>C/O REGISTERED AGENT<br>UNITED AGENT GROUP INC.<br>11380 PROSPERITY FARMS RD STE 221<br>PALM BEACH GARDENS FL 33410-3465 |
| Regency Centers, L.P.<br>One Independent Drive<br>Ste 114<br>Jacksonville, FL 32202-5005 | Ring Central<br>20 Davis Central<br>Belmont, CA 94002 | RingCentral<br>20 Davis Drive<br>Belmont, CA 94002-3002 |
| Verizon Wireless-Dallas<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | Alan R Crane<br>2255 Glades Rd #301E<br>Boca Raton, FL 33431-7383 | Gabriel Grossman<br>5500 North Military Trial #148<br>Boca Raton, FL 33496-3411 |
| Robin R Weiner<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | | |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | | |
|---|---|---|
| Bank of America<br>POB 982238<br>El Paso, TX 79998 | Chase<br>Attn: Customer Services/Bankruptcy<br>POB 15299<br>Wilmington, DE 19850-5299 | (d)Chase<br>POB 15298<br>Wilmington, DE 19850 |
| Internal Revenue Service<br>Department of the Treasury<br>RAIVS Team, Stop 91<br>P. O. Box 47-421<br>Atlanta, GA 30362 | (d)Internal Revenue Service<br>Insolvency Unit<br>POB 17167, STOP 5760<br>Fort Lauderdale, FL 33318 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Regency Centers, L.P.
C/O Registered Agent
United Agent Group Inc.
11380 Prosperity Farms RD, #221E
Palm Beach Gardens, FL 33410


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)West Palm Beach | (d)Brody & Brody P.A.<br>2850 North Andrews Avenue<br>Fort Lauderdale, FL 33311-2514 | (d)Comcast Business<br>141 NW 16th Street<br>Pompano Beach, FL 33060-5291 |
|---|---|---|
| (d)DataSphere Inc.<br>3350 161st Ave SE<br>Bellevue, WA 98008-5063 | (d)Paycor<br>4811 Montgomery Road<br>Cincinnati OH 45212-2163 | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients     5<br>Total                 53 |